UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV420-306 |
| MONTORY MEREDITH, *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

Interpleader plaintiff The Prudential Insurance Company of America filed a report, pursuant to Federal Rule of Civil Procedure 26(f). *See* doc. 11.  That report indicated that Prudential was unable to secure the participation of any of the interpleader defendants in the Rule's required conference.  *See id.* at 1.  Given that disclosure, the Court held a telephonic scheduling conference on March 31, 2021.  Interpleader defendants Montroy and Kaila Meredith appeared at that conference and, though they have not formally appeared in this matter, indicated their intent to appear and respond.  Given their expressed intent, the Court will not enter a scheduling order based on Prudential's unilateral submission.

The Clerk is, therefore, **DIRECTED** to **TERMINATE** the 26(f) Report. Doc. 11.

    **SO ORDERED,** this <u>1st</u> day of April, 2021.

                                                      _____
                                                      CHRISTOPHER L. RAY
                                                      UNITED STATES MAGISTRATE JUDGE
                                                      SOUTHERN DISTRICT OF GEORGIA