**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Plaintiff,

   v.

MONTORY MEREDITH, et al.,

      Defendants.

CIVIL ACTION NO.: 4:20-cv-306

## O R D E R

On July 12, 2022, in response to the Court's Order, Plaintiff and the guardian ad litem filed a joint status report in the case. (Doc. 20.)  Additionally, the Court is in receipt of mail to Defendants Kaila Meredith and Montory Meredith returned undeliverable.   (Docs. 21, 22.) Therefore, the Court will hold a status conference in this matter on January 17, 2023, at 11:30 a.m. The hearing will be held telephonically, and the undersigned's Courtroom Deputy Clerk will provide conference call information to the parties and any interested parties in advance of the hearing.

The Court DIRECTS Plaintiff's counsel to provide the Clerk with Defendants' last known address or contact information by emailing it to the undersigned's Courtroom Deputy Clerk **within ten (10) days** of the date of this Order.  Upon receipt of the information from counsel, the Clerk

shall provide a copy of this Order to Defendants, along with the conference call information for the status conference in January.

**SO ORDERED**, this 28th day of December, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA