UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV420-306 |
| MONTORY MEREDITH, *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

This case was filed on December 7, 2020. *See* doc. 1. The District Judge entered default judgment against defendant Kaila Meredith on April 19, 2023. *See* doc. 32. Defendant Montory Meredith has not formally appeared, *see generally* docket, but has participated in the Court's status conferences, *see* docs. 14 & 26. In a recent status report, Plaintiff The Prudential Insurance Company of America ("Prudential") indicated that the case remains in a unique procedural posture. *See* doc. 30. Given the age of this case, and the unique circumstances it presents, the Court noticed an in-person status conference for 1:30 p.m. on Wednesday, May 17, 2023, in Courtroom 2 at the United States District

Court for the Southern District of Georgia, 8 Southern Oaks Court, Savannah, Georgia. Doc. 35. Prudential has moved for leave to appear for that conference by telephone or video. Doc. 36. For the same reasons the Court originally scheduled the in-person conference, it now **DENIES** Prudential's request. Doc. 36. Prudential, through its counsel, is **DIRECTED** to appear in person for the previously noticed status conference. *See* doc. 35. Additionally, for clarity, the defendant Montory Meredith and the Guardian *ad litem* Gracie Shepherd are also **DIRECTED** to appear in person for the conference.

    **SO ORDERED,** this 10th day of May, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA